STATE of Missouri, Respondent,

v.

Mark Loyd BOLLING, Appellant.

No. WD 47641.

Missouri Court of Appeals,
Western District.

Oct. 26, 1993.

Rehearing Denied Nov. 30, 1993.

Peter Michael Schloss, Kansas City, for appellant.

Victor B. Peters, Pros. Atty., Platte County, Platte City, for respondent.

Before SPINDEN, P.J., and LOWENSTEIN and HANNA, JJ.

### *ORDER*

PER CURIAM.

Appeal from conviction of driving while license suspended, a class A misdemeanor, pursuant to § 302.321 RSMo Supp.1992.

Affirmed. Rule 30.25(b).